UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER LOGAN,

    Plaintiff,

v.                      Case No. 8:09-cv-726-T-30EAJ

CHEMICAL POLLUTION CONTROL
OF FLORIDA, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is a Stipulation of Dismissal With Prejudice (Dkt. #30). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. Each party shall bear her/its own costs, attorneys' fees, and expenses.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 17, 2010.

                                          JAMES S. MOODY, JR.
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-726.dismiss 30.wpd